358 U.S. 279
 79 S.Ct. 312
 3 L.Ed.2d 298
 Salvatore TERRITO, Charles Territo and Vincent Territo, a Partnership, Trading as Territo & Sons, et al., appellants,
v.
UNITED STATES of America and Interstate Commerce Commission.
 No. 454.
 Supreme Court of the United States
 January 12, 1959
 Motion to Reinstate Denied April 20, 1959.
 
 1
 See 359 U.S. 963, 79 S.Ct. 875.
 
 
 2
 Mr. Francis J. Ortman, for appellants.
 
 
 3
 Solicitor General Rankin, Assistant Attorney General Hansen, Messrs. Robert W. Ginnane and James A. Murray, for the United States and Interstate Commerce Commission.
 
 
 4
 The appeal is dismissed for the reason that the notice thereof was not filed within the time provided by law. Order per curiam.